UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHARLES BEIDELMAN, Personal Representative of the Estate of Linda L. Beidelman, <br><br> Plaintiff <br><br> vs. <br><br> KRISTEN A. COOK and RGIS, LLC, <br><br> Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]  Civil No.:<br>]<br>]<br>]<br>]<br>] |

## PETITION FOR REMOVAL

The petitioners, Kristen A. Cook and RGIS, LLC, through their attorneys, Rudman Winchell, respectfully requests that this court remove this civil action brought in the Maine Superior Court for the following reasons:

1. Petitioners are the defendants in this action.

2. This action was commenced in the Maine Superior Court, Aroostook County, Maine, and is now pending in that court under Docket No. CARSC-CV-2016-00157. A copy of plaintiff's complaint was received by petitioner on November 30, 2016.

3. In the complaint, plaintiff seeks to recover money damages for injuries sustained in a motor vehicle accident, including death.

4. This court has jurisdiction due to the diversity of citizenship between the parties. 28 U.S.C. § 1332.

5. The matter in controversy allegedly exceeds the value of $75,000, exclusive of interest and costs.

6.  At all times pertinent to this action, plaintiff has been a citizen of Caribou, Aroostook County, Maine.  Defendants, Kristen A. Cook, is a citizen of Crossville, County of Cumberland, State of Tennessee and RGIS, LLC, a Delaware limited liability company.  There are no other parties to this action.

7.  Copies of process, pleadings, and orders served upon the petitioner are filed with this petition.

WHEREFORE, Petitioners, Kristen A. Cook and RGIS, LLC, request that this action be removed pursuant to 28 U.S.C. 1441.

Dated:   December 12, 2016

/s/ David C. King

David C. King, Esq.
Rudman Winchell
Attorneys for Defendants
84 Harlow Street - P.O. Box 1401
Bangor, Maine 04402-1401
(207) 947-4501

{R1709079.1 14143-072904 }

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, I electronically filed Petition for Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to:

Richard D. Solman, Esq.
Solman & Hunter, P.A.
P.O. Box 665
Caribou, ME  04736

/s/ David C. King
_____
David C. King, Esq.
Rudman Winchell
Attorneys for Defendants
84 Harlow Street – P.O. Box 1401
Bangor, ME  04402-1401
Tel:  (207) 947-4501
E-Mail:  dking@rudman-winchell.com

{R1709079.1 14143-072904 }