


| | |
|---|---|
| STATE OF MAINE<br>AROOSTOOK, ss. | SUPERIOR COURT<br>DOCKET NO. _____ |

CHARLES A. BEIDELMAN, )
of Caribou, County of Aroostook, )
State of Maine, individually and in his )
capacity as **Personal Representative of the** )
**Estate of Linda L. Beidelman**, late of )
Caribou, County of Aroostook, )
State of Maine, )
                )
      PLAINTIFFS, )
                )
vs. )
                )
**KRISTEN A. COOK**, formerly of )
Bangor, Maine, now of Crossville, County )    **COMPLAINT**
of Cumberland, State of Tennessee, )
                )
and )
                )
**RGIS, LLC**, a Delaware limited liability )
company authorized to conduct business )
in the State of Maine and with a place of )
business in Brewer, Maine, )
                )
      DEFENDANTS )

      NOW COMES the Plaintiff, Charles A. Beidelman, individually and as Personal Representative of the Estate of Linda L. Beidelman late of Caribou, Maine, for cause of action against the Defendants, Kristen A. Cook and RGIS, LLC, states and avers that:

## COUNT I
## ACTION FOR WRONGFUL DEATH

1.    Plaintiff, Charles A. Beidelman, is a resident of Caribou, Maine and the surviving spouse of Linda L. Beidelman, late of Caribou, Maine.

2.    Defendant, Kristen A. Cook, formerly of Bangor, Maine, now of Crossville County of Cumberland, State of Tennessee.

3.    Defendant, RGIS, LLC is a Delaware limited liability company authorized to conduct business in the State of Maine with a place of business in Brewer, Maine.

4. Plaintiff is the duly appointed Personal Representative of the Estate of Linda L. Beidelman and brings this action individually and as Personal Representative of the Estate for the wrongful death of his spouse pursuant to Maine Revised Statutes Annotated Title 18-A, §2-804, et seq., for the benefit of Plaintiff as surviving spouse and for the benefit of the Estate.

5. That the Defendant, Kristen A. Cook, was at all times relevant herein an employee of RGIS, LLC, working in the course and scope of her employment.

6. That on the 16th day of October, 2015, at approximately 7:31 a.m., Plaintiff's Testate, Linda L. Beidelman, was a passenger in a motor vehicle operated by the Plaintiff, Charles A. Beidelman, which vehicle was headed in a southerly direction on U.S. Route One, a/k/a the Houlton Road, in the Town of Westfield, in the County of Aroostook, State of Maine.

7. Plaintiffs' Testate, Linda Beidelman, was a passenger and in no way contributed to the accident hereinafter described, which resulted in her wrongful death.

8. That at the same time and place, Defendant, Kristen Cook, was operating her motor vehicle in a northerly direction on U.S. Route One.

9. That it was then and there the duty of the Defendant, Cook, for whose negligence the Defendant, RGIS, LLC, is jointly liable, to exercise due care and to refrain from operating her vehicle in a negligent manner so as to avoid causing injury and death to others lawfully on said U.S. Route One, namely the Plaintiff, Charles Beidelman and his wife, Linda Beidelman.

10. That notwithstanding her duty, as aforesaid, the Defendant, Cook, was negligent in the operation of her vehicle which resulted in a violent head on collision with the Beidelman vehicle and the fatal injuries inflicted upon the late Linda L. Beidelman and personal injuries sustained by Charles Beidelman.

11. Defendant, Kristen Cook, was negligent in that notwithstanding the duty owed by the Defendant Cook, for which the Defendant, RGIS, LLC is jointly liable, the Defendant disregarded her duty as aforesaid in that she:

   a. Failed to keep her vehicle under control in the proper lane of travel.
   b. Fell asleep while operating her vehicle;
   c. Failure to yield the right of way reserved to oncoming and southbound vehicles in the southbound lane of travel;
   d. Failed to keep a proper lookout for other motorists and for Plaintiffs in particular;
   e. Operated her vehicle on the left side of the center line of a public highway reserved for oncoming southbound traffic;

  f. Failed to keep alert; and

  g. Was otherwise negligent in the operation of her vehicle.

12. That as a direct and proximate result of this Defendant's negligence, the vehicle operated by Defendant Cook, crossed the centerline of the highway into Plaintiffs' lane of travel and struck the vehicle operated by Plaintiff resulting in a violent head on collision thereby causing the personal injuries to and resulting death of Linda Beidelman and injuries to Charles Beidelman.

13. The negligence of the Defendants is such that the Plaintiffs' Estate is entitled to maintain an action for damages against the Defendant, Kristen Cook and her employer, RGIS, LLC for the benefit of Plaintiff, Charles Beidelman, the surviving spouse and the Estate of Linda Beidelman.

WHEREFORE, Plaintiffs demand judgment against the Defendants, Kristen Cook and RGIS, LLC, jointly and severally, for damages as follows:

(a) For an amount sufficient to fairly and reasonably compensate Plaintiffs for the pecuniary loss resulting from the death of Linda Beidelman;

(b) For such damages as will compensate the estate of decedent for reasonable expenses of medical, surgical, and hospital care and treatment and for reasonable funeral expenses;

(c) For such damages not exceeding $500,000 for the loss comfort, society and companionship of the deceased, Linda L. Beidelman, including damages for emotional distress arising from the same facts constituting the underlying claim for the benefit for whose benefit the action is brought.

(d) For interest and costs as allowed by law.

## COUNT II
## ACTION FOR CONSCIOUS PAIN AND SUFFERING

14. Plaintiff reasserts and realleges each and every allegation set forth in Count I as if set forth herein at length.

15. Plaintiff further avers that Linda Beidelman, suffered and sustained a period of conscious pain and suffering prior to her death as a result of the personal injuries caused by the negligence of Defendant Cook for which RGIS is liable.

WHEREFORE, Plaintiffs demands judgment against the Defendants, jointly and severally, for such damages as are just in the circumstances in to fairly and reasonably compensate the Plaintiffs for the losses stated in this Count II, plus interest and costs of action.

## COUNT III
## CLAIM OF CHARLES A. BEIDELMAN FOR PERSONAL INJURIES

16. Plaintiff, Charles Beidelman, reasserts and realleges each and every allegation set forth in Count I as if set forth herein at length.

17. At the time and place of the head on collision, Plaintiff was operating his vehicle with due care and did not contribute in any way to the collision.

18. As a direct and proximate result of the negligence of Defendant, Kristen Cook, for which Defendant, RGIS, LLC, is jointly and severally liable, Plaintiff, Charles Beidelman, suffered and sustained severe and disabling personal injuries, incurred substantial reasonable and necessary medical, surgical and hospital bills in the treatment of his injuries, has suffered past and future physical pain and mental anguish, loss of enjoyment of life, permanent impairment and otherwise has been injured.

WHEREFORE, Plaintiff, Charles A. Beidelman, demands judgment against Defendants, Kristen Cook and RGIS, LLC, jointly and severally, for such damages as are just and fair in the circumstances plus interest and costs.

Dated: November 3, 2016

_____
RICHARD D. SOLMAN, ESQUIRE
For: Solman & Hunter, P.A.
Attorney for Plaintiffs
P.O. Box 665
Caribou, ME 04736
Maine Bar No. 2724
Tel: (207) 496-3031